UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7,<br><br>      Plaintiff,<br><br> v.<br><br>DONALD E. MACCORD; ANDREA MACCORD; HENRY L. DAWSON; DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE; PREMIER FINANCIAL SERVICES LLC; THOMAS J. SCHULSTAD; FOURPOINTS ASSETS LLC; CITY OF SEATTLE; JOSEPH KILKELLY; LAURA KILKELLY; GEORGE A. AND MARION M. WILSON FOUNDATION; NEW CENTURY PARTNERS LLC; WILSON FAMILY TRUST; DOES 1-10 INCLUSIVE; UNKNOWN OCCUPANTS OF THE SUBJECT REAL PROPERTY; PARTIES IN POSSESSION OF THE SUBJECT REAL PROPERTY; PARTIES CLAIMING A RIGHT TO POSSESSION OF THE SUBJECT PROPERTY; ALL OTHER UNKNOWN PERSONS OR PARTIES CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL ESTATE DESCRIBED IN THE COMPLAINT HEREIN,<br><br>      Defendants. | No. 2:17-cv-00877-RSM<br><br>ORDER GRANTING DEFENDANT DONALD E. MACCORD'S MOTION TO SEAL |

1  DONALD E. MACCORD,
2              Counter Claimant,
       v.
3
4  HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7; and NATIONSTAR MORTGAGE, LLC, a Delaware Company,
5
6
              Counter Defendants.
7
8
9      THIS MATTER having come before the Court on Defendant Donald E. MacCord's
10 Motion to Seal and/or Replace Documents Containing Personal Information ("Defendant's
11 Motion"), and the Court having reviewed all filings and records submitted in connection
12 therewith; now, therefore, it is hereby:
13     ORDERED that Defendant's Motion is GRANTED.  The Court cannot seal portions
14 of a docket entry.  Accordingly, the clerk is directed to place Dkts. #5 and #6 in their entirety
15 under seal.  The Court hereby DIRECTS Defendant Donald E. MacCord to file redacted
16 versions of Dkts. #5 and #6 no later than **seven (7) days** from the date of this Order. If
17 necessary, the Court, parties, and the public may rely on these redacted versions.
18
19     DATED this 17 day of July 2017.
20
21
22                            [signature]
23                            RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE
24
25

ORDER GRANTING DEFENDANT DONALD E. MACCORD'S
MOTION TO SEAL – 2
No. 2:17-cv-00877-RSM