UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DONALD E. MACCORD et al.,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-00877-RSM<br><br>STIPULATION AND ORDER TO EXTEND INITIAL SCHEDULING ORDER DATES |
| DONALD E. MACCORD,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7,<br><br>Counterclaim Defendants. | |

STIPULATION AND ORDER TO EXTEND INITIAL
SCHEDULING ORDER DATES - 1
Case No. 2:17-cv-00877-RSM



422 W. Riverside Avenue, Suite 1100　　Phone: 509.624.5265
Spokane, Washington 99201-0300　　　Fax: 509.458.2728

## STIPULATION

Plaintiff/Counterclaim Defendant HSBC Bank USA, National Association ("HSBC"), Counterclaim Defendant Nationstar Mortgage, LLC, and Defendant/Counterclaim Plaintiff Donald E. MacCord ("Defendant/Counterclaim Plaintiff") (jointly, the "Parties"), by and through their undersigned counsel, hereby stipulate to a 30 day extension of the deadlines enumerated in the Court's June 15, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, and respectfully request that the Court enter an Order to extend said deadlines, and, in requesting this extension of time state as follows.

1. Defendant/Counterclaim Plaintiff removed this matter from King County Washington Superior Court on June 6, 2017.  ECF 1.

2. On June 5, 2017, Defendant/Counterclaim Plaintiff filed his Answer and Counterclaim.  ECF 5.

3. On June 15, 2017, the Court entered its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Initial Scheduling Order") setting forth deadlines in this matter regarding the filing of Initial Disclosures, the Joint Status Report, and for the FRCP 26f Conference.  ECF 8.

4. On July 5, 2017, Defendant/Counterclaim Plaintiff filed his Amended Answer and Counterclaims.  ECF 12.

5. In light of Defendant/Counterclaim Plaintiff's recently filed Amended Answer and Counterclaims, the Parties agree, and hereby stipulate that, a 30 day extension of time is needed to comply with the Court's Initial Scheduling Order.

6. The parties propose to extend the dates set forth in the Initial Scheduling Order as follows:

STIPULATION AND ORDER TO EXTEND INITIAL
SCHEDULING ORDER DATES - 2
Case No. 2:17-cv-00877-RSM

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300           Fax: 509.458.2728

|  | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 7/13/2017 | 8/14/2017 |
| Initial Disclosures Pursuant to FRCP 26(f) | 7/20/2017 | 8/21/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 7/27/2017 | 8/28/2017 |

7. The Parties are not seeking this extension of time for the purpose of delay, and no party will suffer prejudice from the extension of time requested to comply with the Initial Scheduling Order.

WHEREFORE, the Parties hereby stipulate and respectfully request that the Court enter an Order to extend the deadlines of the Initial Scheduling Order 30 days, and that the new deadlines be set as provided in Paragraph 6, above, or for such dates as may be convenient for the Court.

Dated:  July 17, 2017

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE
LLP

*s/ Todd T. Williams*
Todd T. Williams, WSBA #29424
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE
LLP
1001 4th Ave., Ste. 3900
Seattle, WA 98154-1051
Telephone:  (206) 274-8669
twilliams@corrcronin.com
*Attorneys for Defendant/
Counterclaim Plaintiff
Donald E. MacCord*

Dated:  July 17, 2017

WITHERSPOON · KELLEY

*s/ Daniel Gibbons*
Daniel J. Gibbons, WSBA# 33036
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
djg@witherspoonkelley.com
*Attorneys for Counterclaim Defendants HSBC Bank USA, National Association, Nationstar Mortgage LLC, and Mortgage Electronic Registration Systems, Inc.*

STIPULATION AND ORDER TO EXTEND INITIAL
SCHEDULING ORDER DATES - 2
Case No. 2:17-cv-00877-RSM



WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

1  Dated:   July 17, 2017

2  MCCARTHY & HOLTHUS LLP

3  *s/ Wendy L. Walter*
   Wendy L. Walter, WSBA #33809
4  MCCARTHY & HOLTHUS LLP
   108 1st Ave. S., Ste. 300
5  Seattle, WA 98104
6  Telephone:  (206) 319-9100 ext. 543
   wwalter@mccarthyholthus.com
7  *Attorneys for Plaintiff HSBC Bank USA,*
8  *National Association*

STIPULATION AND ORDER TO EXTEND INITIAL
SCHEDULING ORDER DATES - 3
Case No. 2:17-cv-00877-RSM



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

# ORDER

Plaintiff/Counterclaim Defendant HSBC Bank USA, National Association, Counterclaim Defendant Nationstar Mortgage, LLC, and Defendant/Counterclaim Plaintiff Donald E. MacCord, by and through their respective attorneys of record, having stipulated to extend the dates set forth in this Court's June 15, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement for a period of thirty days, **NOW THEREFORE** for good cause shown, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the dates set forth therein be, and hereby are, extended for thirty days as follows:

|  | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 7/13/2017 | 8/14/2017 |
| Initial Disclosures Pursuant to FRCP 26(f) | 7/20/2017 | 8/21/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 7/27/2017 | 8/28/2017 |

Dated this 20th day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND INITIAL SCHEDULING ORDER DATES - 4
Case No. 2:17-cv-00877-RSM

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

*Presented by:*

WITHERSPOON · KELLEY
*s/ Daniel Gibbons*
Daniel J. Gibbons, WSBA# 33036
 WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
djg@witherspoonkelley.com
*Attorneys for Counterclaim Defendants HSBC Bank USA, National Association, Nationstar Mortgage LLC, and Mortgage Electronic Registration Systems, Inc.*

MCCARTHY & HOLTHUS LLP
*s/ Wendy L. Walter*
Wendy L. Walter, WSBA #33809
MCCARTHY & HOLTHUS LLP
108 1st Ave. S., Ste. 300
Seattle, WA 98104
Telephone:  (206) 319-9100 ext. 543
wwalter@mccarthyholthus.com
*Attorneys for Plaintiff HSBC Bank USA, National Association*

*Agreed as to Form; Presentment Waived:*

 CORR CRONIN MICHELSON
 BAUMGARDNER FOGG &MOORE LLP
 *s/ Todd T. Williams*
 Todd T. Williams, WSBA #29424
 CORR CRONIN MICHELSON
 BAUMGARDNER FOGG & MOORE LLP
 1001 4th Ave., Ste. 3900
 Seattle, WA 98154-1051
 Telephone:  (206) 274-8669
 twilliams@corrcronin.com
 *Attorneys for Defendant/*
 *Counterclaim Plaintiff*

STIPULATION AND ORDER TO EXTEND INITIAL SCHEDULING ORDER DATES - 5
Case No. 2:17-cv-00877-RSM



422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728