UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7,<br><br>Plaintiff,<br><br>v.<br><br>DONALD E. MACCORD et al.,<br><br>Defendants. | CASE NO. 2:17-cv-00877-RSM<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES BY 30 DAYS<br><br>NOTING DATE:<br>May 24, 2018 |
| DONALD E. MACCORD,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7,<br><br>Counterclaim Defendants. | |

STIPULATION AND ORDER TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION
DEADLINES BY 30 DAYS - 1
Case No. 2:17-cv-00877-RSM
{S1707242}



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

## STIPULATION

Plaintiff/Counterclaim Defendant HSBC Bank USA, National Association, Counterclaim Defendant Nationstar Mortgage LLC, and Defendant/Counterclaim Plaintiff Donald E. MacCord ("Defendant/Counterclaim Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to a 30 day extension of the discovery and dispositive motion deadlines enumerated in the Court's August 30, 2017 Order Setting Trial Date and Related Dates, and respectfully request that the Court enter an Order to extend said deadlines. In requesting this extension of time, the Parties hereby represent as follows.

1. Defendant/Counterclaim Plaintiff removed this matter ("Litigation") from King County Washington Superior Court, Case No. 16-2-26478-6 SEA, on June 6, 2017. ECF 1.

2. On June 15, 2017, the Court entered its August 30, 2017 Order Setting Trial Date and Related Dates ("Order Setting Trial Date and Related Dates") setting forth the trial date and deadlines regarding discovery, dispositive motions, and related pre-trial matters. ECF 25.

3. The Parties engaged in mediating this matter on or about December 20, 2017, which mediation did not immediately resolve the Litigation, however defined their respective positions and led to the continued and ongoing attempt to settle this matter.

4. After the mediation ended, it was determined that continued negotiations would require that the Parties ascertain the condition of the real property ("Property") related to the Litigation.

5. The Parties have continued to cooperate, and the Property was recently evaluated to facilitate the ongoing effort to resolve the Litigation.

STIPULATION AND ORDER TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION
DEADLINES BY 30 DAYS - 2
Case No. 2:17-cv-00877-RSM
{S1707242}

**WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

6. With the result of the evaluation of the Property only just becoming available, the Parties will require additional time to assess the impact of the condition of the Property on negotiations.

7. The parties anticipate making additional progress with negotiations, and wish to focus their time and resources on settlement rather than discovery.

8. In light of the ongoing settlement efforts, the Parties agree and hereby stipulate that a 30 day extension of the discovery and dispositive deadlines is needed to work toward the resolution of this matter.

9. This matter is set for trial on November 19, 2018, and the Parties do not anticipate that the 30 day extension requested herein will delay trial.

10. Accordingly, the parties propose to extend the dates set forth in the Order Setting Trial Date and Related Dates as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | May 23, 2018 | June 22, 2018 |
| Deadline for filing motions related to discovery | June 22, 2018 | July 23, 2018 |
| Discovery completed by | July 23, 2018 | August 22, 2018 |
| Dispositive Motion Deadline | August 21, 2018 | September 20, 2018 |

11. The Parties are not seeking this extension of time for the purpose of delay, and no party will suffer prejudice from the extension of time requested herein.

WHEREFORE, the Parties hereby stipulate and respectfully request that the Court enter an Order to extend the above-listed deadlines set forth in the Court's August 30, 2017 Order

STIPULATION AND ORDER TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION
DEADLINES BY 30 DAYS - 3
Case No. 2:17-cv-00877-RSM
{S1707242}

WK WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

Setting Trial Date and Related Dates, and that the new deadlines be set as provided herein above, or for such dates as may be convenient for the Court.

| | |
|---|---|
| Dated: May 23, 2018 | Dated: May 23, 2018 |
| CORR CRONIN MICHELSON BAUMGARDNER FOGG &MOORE LLP | WITHERSPOON · KELLEY |
| *s/ Todd T. Williams* | *s/ Daniel Gibbons* |
| Todd T. Williams, WSBA #29424 | Daniel J. Gibbons, WSBA# 33036 |
| CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP | WITHERSPOON · KELLEY |
| 1001 4th Ave., Ste. 3900 | 422 West Riverside Avenue, Suite 1100 |
| Seattle, WA 98154-1051 | Spokane, WA 99201-0300 |
| Telephone: (206) 274-8669 | Telephone: (509) 624-5265 |
| twilliams@corrcronin.com | Facsimile: (509) 458-2728 |
| *Attorneys for Defendant/ Counterclaim Plaintiff Donald E. MacCord* | djg@witherspoonkelley.com *Attorneys for Counterclaim Defendants HSBC Bank USA, National Association, and Nationstar Mortgage LLC* |

Dated: May 24, 2018

MCCARTHY & HOLTHUS LLP

*s/ Wendy L. Walter*
Wendy L. Walter, WSBA #33809
MCCARTHY & HOLTHUS LLP
108 1st Ave. S., Ste. 300
Seattle, WA 98104
Telephone: (206) 319-9100 ext. 543
wwalter@mccarthyholthus.com
*Attorneys for Plaintiff HSBC Bank USA, National Association*

STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES BY 30 DAYS - 4
Case No. 2:17-cv-00877-RSM
{S1707242}

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100  Phone: 509.624.5265
Spokane, Washington 99201-0300  Fax: 509.458.2728

# ORDER

Plaintiff/Counterclaim Defendant HSBC Bank USA, National Association, Counterclaim Defendant Nationstar Mortgage, LLC, and Defendant/Counterclaim Plaintiff Donald E. MacCord having stipulated to extend certain dates set forth in this Court's August 30, 2017 Order Setting Trial Date and Related Date for a period of thirty (30) days, **NOW THEREFORE** for good cause shown, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the below-listed dates set forth in the Court's August 30, 2017 Order be, and hereby are, extended for thirty days as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | May 23, 2018 | June 22, 2018 |
| Deadline for filing motions related to discovery | June 22, 2018 | July 23, 2018 |
| Discovery completed by | July 23, 2018 | August 22, 2018 |
| Dispositive Motion Deadline | August 21, 2018 | September 20, 2018 |

Dated this 25th day of May, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION
DEADLINES BY 30 DAYS - 5

Case No. 2:17-cv-00877-RSM

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

*Presented by:*

WITHERSPOON · KELLEY
*s/ Daniel Gibbons*
Daniel J. Gibbons, WSBA# 33036
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
djg@witherspoonkelley.com
*Attorneys for Counterclaim Defendants HSBC Bank USA, National Association, and Nationstar Mortgage LLC*

MCCARTHY & HOLTHUS LLP
*s/ Wendy L. Walter*
Wendy L. Walter, WSBA #33809
MCCARTHY & HOLTHUS LLP
108 1st Ave. S., Ste. 300
Seattle, WA 98104
Telephone: (206) 319-9100 ext. 543
wwalter@mccarthyholthus.com
*Attorneys for Plaintiff HSBC Bank USA, National Association*

*Agreed as to Form; Presentment Waived:*

CORR CRONIN MICHELSON
BAUMGARDNER FOGG &MOORE LLP
*s/ Todd T. Williams*
Todd T. Williams, WSBA #29424
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 4th Ave., Ste. 3900
Seattle, WA 98154-1051
Telephone: (206) 274-8669
twilliams@corrcronin.com
*Attorneys for Defendant/ Counterclaim Plaintiff*

STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES BY 30 DAYS - 6

Case No. 2:17-cv-00877-RSM



WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728