UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD E. MACCORD et al.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00877-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT AND A DECREE OF *IN REM* FORECLOSURE** |
| DONALD E. MACCORD,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7; and NATIONSTAR MORTGAGE LLC,<br><br>　　　　Counterclaim Defendant. | |

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor | HSBC Bank USA, National Association as Trustee for the J.P. Morgan Alternative Loan Trust 2006-A7 |
| Judgment Debtor | *In rem* only |
| Principal | $1,976,532.03 |
| Interest to April 16, 2024 | $1,056,135.95 |
| Corporate Advances | $22,859.21 |
| Escrow Advances | $640,957.94 |

| | |
|---|---|
| Late charges | $6,431.29 |
| Recording Fees | $247.00 |
| Attorney's Fees | $13,239.75 |
| Attorney's Costs | $2,102.16 |
| **Total Judgment** | **$3,718,505.33** |
| Post-Judgment Interest | 6.50 % per annum |
| Attorneys for Judgment Creditor | McCarthy & Holthus, LLP |
| | 108 1st Ave S, Ste 400 |
| | Seattle, WA 98104 |

THIS MATTER having come before the Court on Plaintiff's motion for judgment, and the Court having reviewed the following

1. Plaintiff's Motion for Judgment, with accompanying exhibits and declarations thereto;

2. Declaration of Maria Ayala dated June 13, 2024;

3. Consent Judgment as between Plaintiff and Donald E MacCord [Docket No. 45]; and

4. Order on Motion for Default [Docket No. 45].

And the Court having heard argument from the parties, and finding no genuine issue of material fact, it is hereby ORDERED:

1. Plaintiff's Motion is GRANTED.

2. An in rem money judgment is entered as set forth in the above judgment summary.

3. Plaintiff's Deed of Trust recorded under King County Recorder's No. 20060927000829, on September 27, 2006, is the first position lien encumbering the real property (the "Property") identified as follows

| ADDRESS | 31433 SE 62nd Way, Fall City, WA 98024 |
|---|---|
| TAX PARCEL NO. | 2124079009 |
| LEGAL DESCRIPTION | LOT 2 TOGETHER WITH TRACT F-2, TRACT G AND H OF KING COUNTY SHORT PLAT NO. S90S0175 AS RECORDED UNDER RECORDING NO. 9701229023, RECORDS OF KING COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON. TAX PARCEL NUMBER: 212407-9009-02. |

4. Plaintiff's lien is foreclosed and the Property may be sold by the Sheriff of King County at a foreclosure sale in the manner provided by law, and the proceeds thereof are to be applied to the Judgment. Any increased interest and such additional amounts as Plaintiff may advance for taxes, assessments, municipal charges, and such other items as may constitute liens on the property, together with insurance and repairs necessary to prevent the impairment of the security, together with interest thereon from the date of payment may also be added to the Judgment and paid from sale of the Property.

5. Defendants' interests, and those of all persons claiming by, through or under them, as purchasers, encumbrances, or otherwise, are adjudged inferior and subordinate to that of Plaintiff and are forever foreclosed of all interest, lien, or claim in the real property described above and every portion thereof.

6. Plaintiff may become the purchaser at sale.

7. There shall be no redemption period.

8. Plaintiff or any other party to this suit may become the purchaser at the sale of the real property. The purchaser is entitled to exclusive possession of the real property from and after the date of sale and is entitled to such remedies as are available at law to secure possession, including a writ of assistance, if Defendants or any other party or person shall refuse to surrender possession to the purchaser immediately on the purchaser's legal demand for possession. The sale purchaser shall be entitled to a Writ of Assistance against any Defendant, or those claiming through them, unlawfuly remaining in possession of the Property after sale.

9. This Judgment shall be supplemented by Plaintiff, through Declaration of Counsel, to reflect the amount due without further notice to Defendants.

//

//

//

10. Plaintiff may at any time before sale apply for a supplement judgment to include amounts contractually owing on the loan and not included in this judgment.

DATED this 2nd day of August, 2024.

*(signature)*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Shane P. Gale
McCarthy & Holthus, LLP
Shane P. Gale, WSBA #57218
Attorney for Plaintiff